IN THE SUPREME COURT OF NORTH CAROLINA

No. 408A17

Filed 21 September 2018

STATE OF NORTH CAROLINA

v.

ANTONIO LAMAR STIMPSON


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 807 S.E.2d 603 (2017), finding no error after appeal from judgments entered on 28 April 2016 by Judge Susan E. Bray in Superior Court, Guilford County. Heard in the Supreme Court on 28 August 2018.

*Joshua H. Stein, Attorney General, by Wes Saunders, Assistant Attorney General, for the State.*

*Drew Nelson for defendant-appellant.*

PER CURIAM.


AFFIRMED.